IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GABRIELLE ANNETTE ADAMS,

    Plaintiff,

v.                                CASE NO. 1:16-cv-00299-WTH-CAS

NANCY A BERRYHILL, Commissioner of
Social Security,

    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 27, 2017. (ECF No. 26). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The Clerk shall enter judgment as follows: "The decision of the Commissioner, denying benefits, is affirmed." The Clerk shall close the file.

**DONE AND ORDERED** this _11th_ day of December, 2017

_____
UNITED STATES DISTRICT JUDGE